Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-15500 (ABA)

Maryann F. Mc Laughlin
80 Franklin Street
Bridgeton, NJ  08302

Monthly Payment: $381.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2022 | $381.00 | 01/19/2022 | $381.00 | 01/19/2022 | $381.00 | 01/19/2022 | $381.00 |
| 01/19/2022 | $381.00 | 03/08/2022 | $381.00 | 04/18/2022 | $381.00 | 05/10/2022 | $381.00 |
| 05/10/2022 | $381.00 | 08/05/2022 | $381.00 | 08/05/2022 | $381.00 | 09/20/2022 | $381.00 |
| 09/20/2022 | $381.00 | 11/03/2022 | $381.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARYANN F. MC LAUGHLIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $3,114.36 | $0.00 | $3,114.36 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $5,769.43 | $0.00 | $5,769.43 | $0.00 |
| 4 | CAPITAL ONE SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPIZOLA, PANCARI, LEPHAM & FRALINGER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $11,977.57 | $0.00 | $11,977.57 | $0.00 |
| 7 | DUTCH NECK LANDSCAPING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GENTILINI FORD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 33 | $633.89 | $0.00 | $633.89 | $0.00 |
| 10 | NAVIENT SOLUTIONS, LLC | 33 | $107,404.24 | $0.00 | $107,404.24 | $0.00 |
| 11 | ROCKET MORTGAGE, LLC | 24 | $729.52 | $729.52 | $0.00 | $0.00 |
| 12 | ROBERT J. PRYOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | United Collection Bureau, Inc. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 28 | $12,060.54 | $10,176.82 | $1,883.72 | $3,838.99 |
| 18 | JPMORGAN CHASE BANK, N.A. | 33 | $2,996.59 | $0.00 | $2,996.59 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 2.00 | $311.00 |
| 06/01/2019 | 58.00 | $381.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,334.00 |
| Total paid to creditors this period: | $3,838.99 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $381.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**