Certificate Number: 03088-NJ-DE-038535752

Bankruptcy Case Number: 19-15500


03088-NJ-DE-038535752

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 3, 2024, at 11:51 o'clock AM CDT, Maryann F McLaughlin completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 3, 2024

By: /s/Ann Newton

Name: Ann Newton

Title: Supervisor