Certificate Number: 03088-NJ-DE-038535752

Bankruptcy Case Number: 19-15500



03088-NJ-DE-038535752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2024, at 11:51 o'clock AM CDT, Maryann F McLaughlin completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 3, 2024               By:   /s/Ann Newton

                                    Name:  Ann Newton

                                    Title:  Supervisor