**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maryann F McLaughlin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5742<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–15500–ABA | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Maryann F McLaughlin
   aka Maryann F Fancher, aka Maryann F Elwell

<u>7/16/24</u>                                                                        **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15500-ABA |
| Maryann F McLaughlin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryann F McLaughlin, 80 Franklin St, Bridgeton, NJ 08302-1813 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518126825 | + | Capizola, Pancari, Lepham & Fralinger, 100 N. Main Rd., Vineland, NJ 08360-8244 |
| 519117455 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518126827 | + | Dutch Neck Landscaping, LLC, 200 Cubby Hollow Rd., Bridgeton, NJ 08302-5887 |
| 518126828 | + | Gentilini Ford, 555 John S. Penn Blvd., Woodbine, NJ 08270-2600 |
| 518126831 | + | Quicken Mortgage, POB 6577, Carol Stream, Illinois 60197-6577 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518171040 | | EDI: PHINAMERI.COM | Jul 17 2024 00:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518126821 | | EDI: PHINAMERI.COM | Jul 17 2024 00:29:00 | Americredit, POB 182673, Arlington, TX 76096 |
| 518126822 | + | EDI: BANKAMER | Jul 17 2024 00:29:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 518234012 | + | EDI: BANKAMER2 | Jul 17 2024 00:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518126823 | + | EDI: CAPITALONE.COM | Jul 17 2024 00:29:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518158109 | + | EDI: AIS.COM | Jul 17 2024 00:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518126824 | + | EDI: CAPITALONE.COM | Jul 17 2024 00:29:00 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518188367 | + | Email/Text: RASEBN@raslg.com | Jul 16 2024 20:37:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518126826 | + | EDI: DISCOVER | Jul 17 2024 00:29:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518140478 | | EDI: DISCOVER | Jul 17 2024 00:29:00 | Discover Bank, Discover Products Inc, PO Box |

Case 19-15500-ABA    Doc 37    Filed 07/18/24    Entered 07/19/24 00:13:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 518126829 | + EDI: IRS.COM | Jul 17 2024 00:29:00 | | IRS, P O Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 518126830 | + EDI: MAXMSAIDV | Jul 17 2024 00:29:00 | | Navient, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518267203 | EDI: MAXMSAIDV | Jul 17 2024 00:29:00 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518173406 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 16 2024 20:38:00 | | QUICKEN LOANS INC., 635 WOODWARD AVE, DETROIT MI 48226-3408 |
| 518126833 | + Email/Text: BAN1418@UCBINC.COM | Jul 16 2024 20:37:00 | | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518165767 | | QUICKEN LOANS INC. |
| 518220403 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518126832 | ##+ | Robert J. Pryor, 92 W. Commerce Street, Bridgeton, NJ 08302-1853 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Terry Tucker | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 24 |

on behalf of Debtor Maryann F McLaughlin terrytucker@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7